IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHAUN GLOVIS SHAPLEY, #263566, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:11cv413-WHA |
| ) | |
| KIM THOMAS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #5) and the Petitioner's Objections thereto (Doc. #6).

The Magistrate Judge recommends that this case be transferred to the U. S. District Court for the Northern District of Alabama, and the Petitioner objects on the basis that it would be more convenient for him to prosecute this case in the Middle District, since he is housed in a prison in Bullock County and has other civil litigation pending in Montgomery County Circuit Court. Following a *de novo* review, the court agrees with the Magistrate Judge that cases such as this are required to be filed in the federal district court for the jurisdiction where the state court conviction occurred, and that the Petitioner has shown no legal cause that this should not be enforced. Therefore, it is hereby

ORDERED that the Petitioner's objections are OVERRULED, the court ADOPTS the Recommendation of the Magistrate Judge, and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 30th day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE